UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC.; DEMOCRATIC PARTY OF OREGON, INC.; PUBLIC POLICY POLLING, LLC; TEA PARTY FORWARD PAC; and WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; and JEFFERSON SESSIONS, in his official capacity as Attorney General of the United States, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:16-CV-252-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court entered an order on 7/11/2017 that withdrew the Plaintiff Tea Party Forward PAC as a Party.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 34] and DENIES plaintiffs' motion for summary judgment [D.E. 30].

**This Judgment Filed and Entered on March 26, 2018, and Copies To:**

| | |
|---|---|
| William E. Raney | (via CM/ECF electronic notification) |
| Kellie Mitchell Bubeck | (via CM/ECF electronic notification) |
| Charles George | (via CM/ECF electronic notification) |
| Anjali Motgi | (via CM/ECF electronic notification) |
| Aimee W. Brown | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

March 26, 2018  (By) /s/ Nicole Briggeman

Deputy Clerk