UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., | ) ) ) |
| DEMOCRATIC PARTY OF OREGON, INC., | ) ) |
| PUBLIC POLICY POLLING, LLC, and | ) ) ) Civil Action No. 5:16-cv-00252-D |
| WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE, | ) ) ) ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| JEFFERSON SESSIONS, in his official capacity as Attorney General of the United States and | ) ) ) |
| FEDERAL COMMUNICATIONS COMMISSION, a federal agency, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that American Association of Political Consultants, Inc. ("AAPC"), Democratic Party of Oregon, Inc. ("DPO"), Public Policy Polling, LLC ("PPP"), and Washington State Democratic Central Committee ("WSDCC") (collectively "Plaintiffs"), Plaintiffs in the above-named case hereby appeal the Honorable James C. Dever, III's Order dated March 24, 2018 (Dkt. No. 41) to the United States Court of Appeals for the Fourth Circuit.

Dated: May 23, 2018    Respectfully Submitted,

                                                      /s/ *Charles George*

WYRICK ROBBINS YATES & PONTON LLP
Charles George, NC #21003
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
Email: cgeorge@wyrick.com

-and-

   /s/ *William E. Raney*

COPILEVITZ & CANTER, LLC
William E. Raney, MO #46954 (*Pro hac vice*)
Kellie Mitchell Bubeck, MO #65573 (*Pro hac vice*)
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-9000
Facsimile: (816) 472-5000
Email: braney@cckc-law.com
       kmitchell@cckc-law.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following parties via the Court's CM/ECF electronic filing system, or if the party does not participate in Notice of Electronic Filing, via U.S. mail, postage prepaid, on this 23rd day of May 2018, to:

Anjali Motgi
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 305-0879
Facsimile: (202) 616-8470
Email: anjali.motgi@usdoj.gov

                                                  /s/ *William E. Raney*
                                                    William E. Raney