FILED: May 24, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1588
(5:16-cv-00252-D)

_____

AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC.; DEMOCRATIC PARTY OF OREGON, INC.; PUBLIC POLICY POLLING, LLC; WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE

      Plaintiffs - Appellants

and

TEA PARTY FORWARD PAC

      Plaintiff

v.

FEDERAL COMMUNICATIONS COMMISSION; JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:16-cv-00252-D |
| Date notice of appeal filed in originating court: | 05/23/2018 |
| Appellant (s) | American Association of Political Consultants, Inc., et als |
| Appellate Case Number | 18-1588 |
| Case Manager | Anisha Walker<br>804-916-2704 |